# United States District Court
# Northern District of Indiana
# Hammond Division

PATRICIA B. DOUBLE              )
                                             )

        Plaintiff,             )
                                             )

            v.               )         Civil Action No. 3:09-CV-235 JVB
                                             )

FLAIR INTERIORS, INC.,        )
                                             )

        Defendants.          )

## OPINION AND ORDER

Magistrate Judge Christopher A. Nuechterlein issued a notice that the discovery deadline has passed and that, there being no pending non-dispositive motions, the referral is terminated.

The Court now refers this case to Judge Nuechterlein for determination of non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and N.D. Ind. L.R. 72.1(c).

SO ORDERED on October 5, 2010.


                                      S/ Joseph S. Van Bokkelen
                                     JOSEPH S. VAN BOKKELEN
                                     UNITED STATES DISTRICT JUDGE